AARON D. FORD
  Attorney General
STEPHEN J. AVILLO, Bar No. 11046
  Deputy Attorney General
State of Nevada
100 N. Carson Street
Carson City, Nevada 89701-4717
Tel: (775) 684-1159
E-mail: savillo@ag.nv.gov

*Attorneys for Defendants David Drummond and William Gittere*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JUSTIN MENDOZA, | Case No. 3:20-cv-00052-MMD-WGC |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| W. GITTERRE, et al., | |
| Defendants. | |

    Plaintiff Justin Mendoza, *pro se*, and Defendants David Drummond and William Gittere, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Stephen J. Avillo, Deputy Attorney General, hereby stipulate and agree that the above-captioned matter be dismissed with prejudice, and that each party will bear their own attorneys' fees and costs, pursuant to the settlement terms agreed upon by the parties.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

* * *

DATED this 19th day of JULY, 2021.

By: _____
JUSTIN MENDOZA, #1079266
*Pro se Plaintiff*

DATED this 27th day of July, 2021.

AARON D. FORD
Attorney General

By: _____
STEPHEN J. AVILLO, Bar No. 11046
Deputy Attorney General
*Attorneys for Defendants*

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**

**DATED:** July 27, 2021

## CERTIFICATE OF SERVICE

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 27th day of July, 2021, I caused to be served, a true and correct copy of the foregoing, **STIPUALTION AND ORDER TO DISMISS WITH PREJUDICE**, by U.S. District Court CM/ECF Electronic Filing on:

Justin Mendoza #1079266
Ely State Prison
P. O. Box 1989
Ely, Nevada, 89301
ESP_lawlibrary@doc.nv.gov

        /s/Perla M. Hernandez
An employee of the
Office of the Attorney General